# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 09-30 (5) (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Keith Edward Faircloth, | |
| Defendant. | |

Before the Court is Defendant's Pro Se Motion for a reduction of sentence; Defendant is serving a prison sentence of 120 months. The Government opposes the Motion because "the defendant is not entitled to a sentence reduction below the mandatory minimum 120-month term of imprisonment, as required under 21 U.S.C. § 841(b)(1)(A)." The Court agrees and the Motion (Doc. No. 417) is **DENIED**.

Dated: January 27, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge